# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNELL PRICE,** : | |
|     **Plaintiff,** : | |
| : | No. 1:18-cv-00583 |
| **v.** : | |
| : | (Judge Kane) |
| **W. TED WILLIAMS, et al.,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 15th day of June 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 68) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Williams, Gray, Alexander, Lechner, Haldman, Garman, and Wetzel and against Plaintiff Donnell Price as to all claims asserted against Defendants;

3. Defendants' motion to dismiss for failure to prosecute (Doc. No. 71) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                 s/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania